UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARNOLD L. ROBINSON,

               Plaintiff,

-against-

SERGEANT MCWILLIAMS and SERGEANT BARRESI,

               Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2022

No. 20-cv-642 (NSR)
ORDER

NELSON S. ROMÁN, United States District Judge

    In its March 23, 2021 Opinion on Defendants' motion to dismiss Plaintiff's Complaint, this Court dismissed *pro se* Plaintiff's claims without prejudice and granted him until April 26, 2021 to file an Amended Complaint. (ECF No. 23.) Plaintiff was advised that failure to timely file an Amended Complaint would result in his claims being deemed dismissed with prejudice. (*Id.*) To date, Plaintiff has not communicated with the Court. On May 14, 2021, Defendants notified the Court that Plaintiff has not filed an Amended Complaint and requested Plaintiff's claims be dismissed with prejudice. (ECF No. 24.) In light of the foregoing, Plaintiff's claims are dismissed with prejudice and this action is dismissed.

    The Clerk of the Court is respectfully directed to terminate the action, to mail a copy of this Order to Plaintiff at his address listed on ECF and to show service on the docket.

Dated:   March 11, 2022
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge